TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

Granted.

SO ORDERED:

11/20/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

November 20, 2026

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Monroe v. Commissioner of Social Security*
Civil Action No. 1:26-cv-07211-RWL

Dear Judge Lehrburger,

We write on behalf of our client, Shakir Monroe, and with the consent of Defendant, to respectfully request a 75-day extension of time to file Plaintiff's Brief, which is currently due on November 27, 2026, per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file his brief on or before: **February 10, 2027**;
2. Defendant to file its brief on or before: **April 12, 2027**; and
3. Plaintiff to file his reply, if any, on or before: **April 26, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)